# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : NO. 318
:
APPOINTMENT TO THE DISCIPLINARY : DISCIPLINARY BOARD APPOINTMENT
BOARD OF PENNSYLVANIA : DOCKET
:

## ORDER

**PER CURIAM**

**AND NOW**, this 30th day of March, 2022, Joshua M. Bloom, Esquire, Allegheny County, is hereby appointed as a member of the Disciplinary Board of Pennsylvania for a term of six years, commencing April 1, 2022.